IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MARQUIS A. MACK,                    :
       Petitioner,          :
                             :      1:17-cv-1906
    v.                               :
                             :      Hon. John E. Jones III
WARDEN BALTZAR,                  :
       Respondent.         :

## ORDER

### April 1, 2019

NOW THEREFORE, upon consideration of the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, and for the reasons set forth in the Court's Memorandum of the same date, it is hereby ORDERED that:

1.  The Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 is DENIED.

2.  The Clerk of Court is directed to CLOSE this case.

                         s/ John E. Jones III
                         John E. Jones III
                         United States District Judge